**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: CANVASS OF PROVISIONAL : No. 328 MAL 2024
BALLOTS IN THE 2024 PRIMARY :
ELECTION :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth
PETITION OF: JAMIE WALSH : Court

## ORDER

**PER CURIAM**

 **AND NOW**, this 24th day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**.  The issues, as stated by petitioner, are:

(1) Whether, as a matter of first impression and of significant public importance and because this opinion conflicts with a holding of this Court, an unsigned provisional ballot should be counted where the voter demonstrated "exceedingly clear" electoral intent, acted in conformity with instructions of election officials and subsequently verified that his ballot had been counted?

(2) Whether, as a matter of significant public importance, a provisional ballot submitted by a voter domiciled and registered to vote elsewhere should be rejected?

 The matter shall be submitted on the briefs.  Walsh's brief shall be due within seven days of the date of this order.  Cabell's brief shall be due within seven days of the submission of Walsh's brief.  No reply briefs will be accepted.  Given the expedited schedule, no briefing extensions will be entertained.